*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, CRISFIELD, and LAWRENCE
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Steven R. WILSON II**
Sergeant (E-5), U.S. Marine Corps
Appellant

**No. 202000082**

Decided: 24 September 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Jeffrey Munoz

Sentence adjudged 7 January 2020 by a general court-martial convened at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 36 months,[1] reduction to E-1, total forfeiture of pay and allowances, and a dishonorable discharge.

For Appellant:
*Lieutenant Commander Jonathan Riches, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] Pursuant to a pretrial agreement, the convening authority suspended all confinement in excess of 27 months.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.